# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DAVID VAUGHN AND STEPHANIE HAWKINS-VAUGHN, § § § § | |
| Plaintiffs, § § | CIVIL ACTION NO. 4:15-cv-00874 |
| vs. § § | JURY DEMAND |
| GEOVERA SPECIALTY INSURANCE COMPANY, § § § § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs David Vaughn and Stephanie Hawkins-Vaughn and Defendant GeoVera Specialty Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiffs' claims against Defendant GeoVera Specialty Insurance Company are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 27th day of July 2015.

Respectfully submitted,

*/s/ Charles Bryan Beverly*
Charles Bryan Beverly
State Bar No. 24082688
Tyler Bleau
State Bar No. 24080793
**VOSS LAW FIRM, P.C.**
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas  77380
Telephone:   713-861-0015
Facsimile:    713-861-0021
Email:  bryan@vosslawfirm.com
          tyler@vosslawfirm.com
*Counsel for Plaintiffs*
*Signed with permission

And

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Adrienne B. Hamil
State Bar No. 24069867
Southern District No. 2276091
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
E-mail:  rthompson@thompsoncoe.com
E-mail:  ahamil@thompsoncoe.com
*Counsel for Defendant*

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** – **Page 2**
2248805v1
08917.277

## CERTIFICATE OF SERVICE

This is to certify that on the 27th day of July, 2015, a true and correct copy of the foregoing was delivered to the following counsel for Plaintiffs in accordance with Federal Rule Civil Procedure 5(b):

**Via: Electronic File Notification and Email**
Charles Bryan Beverly
Tyler Bleau
**VOSS LAW FIRM, P.C.**
The Voss Law Center
26619 Interstate 45 South
The Woodlands, TX  77380
Phone:  713-861-0015
Fax:  713-861-0021
Email: bryan@vosslawfirm.com
         tyler@vosslawfirm.com
*Counsel for Plaintiffs*

> */s/ Adrienne B. Hamil*
> Rhonda J. Thompson
> Adrienne B. Hamil