**N THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DAVID VAUGHN AND STEPHANIE HAWKINS-VAUGHN,** | § | |
| | § | **CIVIL ACTION NO. 4:15-cv-00874** |
| **Plaintiffs,** | § | |
| | § | **JURY DEMAND** |
| **vs.** | § | |
| | § | |
| **GEOVERA SPECIALTY INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

**PROPOSED AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The Court, after having considered Plaintiffs David Vaughn and Stephanie Hawkins-Vaughn and Defendant GeoVera Specialty Insurance Company's Proposed Joint Stipulation of Dismissal With Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant GeoVera Specialty Insurance Company are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

Signed this 28 day of July, 2015.

JUDGE PRESIDING


2248838v1
8917.277

Case 4:15-cv-00874 Document 9-1 Filed in TXSD on 07/27/15 Page 2 of 2

**AGREED AS TO FORM AND CONTENT:**

*/s/ Charles Bryan Beverly*
Charles Bryan Beverly
State Bar No. 24082688
Tyler Bleau
State Bar No. 24080793
**VOSS LAW FIRM, P.C.**
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: 713-861-0015
Facsimile: 713-861-0021
Email: bryan@vosslawfirm.com
Email: tyler@vosslawfirm.com
*Counsel for Plaintiffs*
*Signed with permission

And

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Adrienne B. Hamil
State Bar No. 24069867
Southern District No. 2276091
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
E-mail: rthompson@thompsoncoe.com
E-mail: ahamil@thompsoncoe.com
*Counsel for Defendant*